SO ORDERED.

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-06812/947235

Dated: April 01, 2009



_____
**REDFIELD T. BAUM, SR**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rebecca Anne Donohue and David Christopher Donohue<br>　　　　Debtors.<br>────────────────────────<br>Mortgage Electronic Registration Inc., as nominee for Wilshire Credit Corporation<br>　　　　Movant,<br>　vs.<br><br>Rebecca Anne Donohue and David Christopher Donohue, Debtors, William E. Pierce, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-03744-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 10, 2005 and recorded in the office of the Yavapai County Recorder wherein Mortgage Electronic Registration Inc., as nominee for Wilshire Credit Corporation is the current beneficiary and Rebecca Anne Donohue and David Christopher Donohue have an interest in, further described as:

> Lots 177 and 178, of SEDONA MEADOWS UNIT TWO, according to the Plat of record in the office of the County Recorder of Yavapai County, Arizona, recorded in Book 13 of Maps, Page 53;
>
> EXCEPTING therefrom the following described portion:
>
> BEGINNING at the Southwest corner of said Lot 177:
>
> THENCE North 0 degrees, 00 minutes, 31 seconds West, along the West line of said Lot 177, a distance of 110.01 feet to the Northwest corner of said Lot 177;
>
> THENCE North 89 degrees, 07 minutes, 55 seconds East, along the North line of said Lots 177 and 178, a distance of 77.46 feet to a point on the North line of said Lot 178;
>
> THENCE South 0 degrees, 26 minutes, 18 seconds East, a distance of 110.00 feet to a point on the South line of Lot 177;
>
> THENCE South 89 degrees, 07 minutes, 55 seconds West, along the South line of Said Lot 177, a distance of 78.28 feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT