Karfeld Law Firm, P.C.
611 Olive Street, Suite 1640
St. Louis, Missouri 63101-1711
Telephone: (314) 231-1312
Facsimile: (314) 231-3867
ejk@karfeldlaw.com

Edward J. Karfeld, MBE # 19912

Attorney for Investeel, Inc., Creditor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | In Chapter 7 Proceedings |
| | ) | |
| REBECCA ANNE DONOHUE, | ) | |
| DAVID CHRISTOPHER DONOHUE, | ) | |
| | ) | No. 2:09-bk-03744-RTBP |
| Debtors. | ) | |

## RESPONSE IN OPPOSITION TO
## TRUSTEE'S MOTION TO APPROVE SALE PROCEDURES

Investeel, Inc., a creditor and party in interest in this proceeding ("Investeel"), by and through its attorney, states as follows for its Response in Opposition to Trustee's Motion to Approve Sale Procedures:

1. The sale procedure should exclude a break up fee because the pending offer of JM Partners ("the JM Offer") is not the first bona fide purchase offer that the Trustee has received and is not necessary to stimulate bidding. Investeel offered to purchase the stock for a sum certain in 2009 and did not request a break up fee. Investeel intends to offer another bid to compete with the JM Offer. The payment of a break up fee will reduce the amount of sale proceeds available to pay creditors and, therefore, is not in the best interest of creditors.

2. The proposed sale procedure should provide the following terms and conditions:

  A. The sale procedure should require that the complete terms of the JM Offer be disclosed to creditors at least 14 days prior to the date of the auction.

  B. The sale procedure should state the exact date, time and location of the auction sale; should allow appearance by telephone at the Trustee's auction sale; and, should state the telephone number to which a telephone appearance for the auction sale can be made.

  C. The sale procedure should provide that in order to be eligible to bid a party is required to deliver to the Trustee a Cashier's Check in the amount of $8,000.00, payable to William E. Pierce Chapter 7 Trustee, at least three business days before the auction. The cashier's check of the successful bidder will be used as a non-refundable earnest money deposit. Cashier's checks from all other bidders will be immediately returned.

  D. The sale procedure should provide that higher bids must be in increments of not less than $500.

  E. The sale procedure should provide that all bids must be on the same or better terms and conditions as the JM Offer.

  F. The proposed sale procedure should require that the winning bid must be paid in full to the Trustee by cashiers check or other certified funds or electronic funds transfer within seven business days after the conclusion of the bidding; and, that if payment in full is not made within that time, the winning

bidder's bid is deemed rejected and its earnest money deposit is forfeited; and,

in that event, the second best bid is then deemed the winning bid.

| | |
|---|---|
| Dated: May 10, 2010 | Karfeld Law Firm, P.C.<br>By: /s/ Edward J. Karfeld<br>Edward J Karfeld. MBE #19912; USDCEDMO#10210<br>611 Olive Street, Suite 1640<br>St. Louis, MO 63101<br>Ph: 314-231-1312   Fax: 314-231-3867<br>ejk@karfeldlaw.com<br>Attorney for Investeel, Inc. |

### Certificate of Service

In addition to those parties served with this document by the Court's CM/ECF system, the undersigned served a true and complete copy of this document by first class mail or other means as indicated upon each of the parties at the addresses listed below, on May 10, 2010:

| | |
|---|---|
| Rebecca Anne Donohue and<br>David Christopher Donohue<br>2435 Stanley Steamer Dr<br>Sedona, AZ 86336 | Terry A. Dake, Esq<br>11811 N. Tatum Blvd, #3031<br>Phoenix, AZ 85028-1621 |
| Kirk A. Guinn, Esq<br>430 W. 1st Street, Suite 102<br>Tempe, AZ 85281 | Tiffany & Bosco, P.A.<br>2525 East Camelback Rd, Ste 300<br>Phoenix, AZ 85016 |
| William E. Pierce<br>Chapter 7 Trustee<br>P O Box 429<br>Chino Valley, AZ 86323-0429 | Office of U.S. Trustee<br>230 North 1st Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |

Karfeld Law Firm, P.C.
By: /s/ Edward J. Karfeld
Edward J Karfeld,   MBE #19912 USDCEDMO#10210
611 Olive Street, Suite 1640
St. Louis, MO 63101
Ph: 314-231-1312   Fax: 314-231-3867
ejk@karfeldlaw.com
Attorney for Investeel, Inc.